IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:10-CR-26-2D
NO. 7:10-CR-26-3D
NO. 7:10-CR-26-4D
NO. 7:10-CR-26-5D

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| DOMINGO FLORES PORCAYO | ) |
| JOSE PERES | ) |
| LAZARO CASTAYO MENDEZ | ) |
| SALVADOR JAIMES DOMINQUEZ | ) |

**FINAL ORDER OF FORFEITURE**

WHEREAS, on August 17, 2010 and September 13, 2010, this Court entered Preliminary Orders of Forfeiture pursuant to the provision of 21 U.S.C. § 853, based upon the defendants pleading guilty to 21 U.S.C. § 846, and defendants, DOMINGO FLORES PORCAYO, JOSE PERES, and LAZARO CASTAYO MENDEZ agreeing to the forfeiture of the property listed in the August 17, 2010 Preliminary Order of Forfeiture, to wit, $1,165.00 seized from Jose Peres on October 21, 2009, $54.00 seized from Lazaro Mendez on October 21, 2009 and $16,150.00 seized from 938 Ricefield Branch Road, Leland, North Carolina; and, defendant, SALVADOR JAIMES DOMINQUEZ agreeing to the forfeiture of the property listed in the September 13, 2010 Preliminary Order of Forfeiture, to wit, $16,150.00 seized from 938 Ricefield Branch Road, Leland, North Carolina;

AND WHEREAS, the United States published notices of this forfeiture at the www.forfeiture.gov web site for at least 30 consecutive days, between December 20, 2010 and January 18, 2011, and August 6, 2011 and September 4, 2011, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty of Maritime Claims and Asset Forfeiture Actions. Said published notices advised all third parties of their right to petition the court within sixty (60) days from the first day of the publication date for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, it appears from the record that no claims, contested or otherwise, have been filed for the property described in this Court's August 17, 2010 and September 13, 2010 Preliminary Orders of Forfeiture, other than those specifically mentioned herein;

It is HEREBY ORDERED, ADJUDGED and DECREED:

1. That the property listed in the August 17, 2010 and September 13, 2010 Preliminary Orders of Forfeiture are hereby forfeited to the United States. That the United States Department of Justice is directed to dispose of the property according to law.

2. That any and all forfeited funds shall be deposited by the United States Department of Justice as soon as located or recovered into the Department of Justice's Assets

Forfeiture Fund in accordance with 28 U.S.C. § 524(c) and 21 U.S.C. § 881(e).

The Clerk is hereby directed to send copies of this Order to all counsel of record.

SO ORDERED this __15__ of day __November__, 2011.

_____
JAMES C. DEVER, III
CHIEF UNITED STATES DISTRICT JUDGE

3